Cause # 3-23-CV-1087-B

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 11 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Writ of Mandamus to Compel hearing of Writ of habeas Corpus + Writ of Coram Nobis in equity.

Now comes Bonnie Ruth Allen-Straight beneficiary of the BONNIE ALLEN THOMAS + BONNIE RUTH ALLEN, trusts, moves the Federal Court Judge + magistrate to schedule an immediate hearing on the Writ of habeas corpus and Writ of Coram Nobis filed in to the court.

Sadly irreparable harm is occuring by the delay in relief. I was trafficked for-profit, in to a for-profit Corporation known as "Texas Department of Criminal Justice." I am held here against my free Will and forced to live in extreme torture conditions. Both the Linda Woodman Unit and now the Hobby unit are in violation of their own corporate charters but the Conditions are so extreme and barbaric they violate the "Law of Nations." The Women on the unit, including me, are forced to live in a 9x6 cell behind an iron door day after day in extreme Texas 100°+ heat with NO Air conditioner. Many days on lock-down with NO justified reason why we cannot be in the Recreation room.

Page 1 of 4

We are denied water for 5-6 hours at a time, The guards yell and curse at us and use profanity causing intentional emotional distress. We are many days fed only Peanut Butter & Jelly on white bread Sandwiches which my body has lost over 30 Lbs since 10 weeks of confinement. I am looking too thin and emaciated, I fear for my life. Many other elderly women over 60 which have severe health conditions also live in this sweltering heat with NO Compassion. I saw a woman 2 weeks ago pass-out from a heat-stroke. I am treated differently from the other inmates, I'm banished from commissary and from recreation without any real justified reason which limits my ability to gain nutritious food to suppliment what is given to us when we are fed PBJ sandwiches on white bread. The linda Woodman unit Mail Clerk violated 28 CFR 540.19 by opening my legal/lawful Mail filed into a court case. The mail was opened without me being present and then they denied to give me my mail, the Mail clerk has had NO Reason to be Consciously indifferent to me I am

PAGe 2 of 4

honorable and respectful at all times while I'm being held in this kidnapping, hostage taking scheme. My injuries are both physical and emotional as I need immediate relief from the harm done to me in the Johnson County 18th District Court the prejudice against me in my county is so outrageous and severe the civil servants laugh and mock me because I want to live my life in freedom and in peace without the malicious criminal and civil prosecution. My husband is also suffering too, our private/covenant with YHWH to live and love each other in holy matrimony has been impaired. We will not be able to gain the days/time back with each other, which we have lost due to the fraud of malicious criminal prosecution. Our injuries are irreparable and we both need relief. We have No Remedy at law, which is why we are compelling the remedy in equity. I am so grateful for your quick response to have a hearing on both the Writ of habeas corpus and writ of coram nobis. Please be merciful to the injustice we are forced to endure we need relief, remedy + restitution immediately

Page 3 of 4

Enoch 97-280 (the Bible as public law)

Exodus 20:15 "Thou shall not steal."

I praise YHWH for your quick response to this request. Please see 2nd Samuel 23:3 "He who rules over men must be just, Ruling in the fear of God."
Psalm 89:14 "Righteousness and justice are the foundation of Your throne. Mercy and truth go before Your face." Psalm 94:15 "But judgment will return to righteousness." 94:16 "Who will rise up for me against the evildoers?" Psalm 98:9 "For He is coming to judge the earth with righteousness, He shall judge the world and the peoples with equity." See also Psalm 99:4 "The Kings strength also loves justice; You have established equity; You have executed justice and righteousness in Jacob." Psalm 103:6 "The Lord executes righteousness and justice for all who are oppressed." Our need for relief is desparate & dire. Please schedule a hearing on the Writ of habeas Corpus and writ of Coram Nobis right away in the interest of truth, justice & equity. All facts here in are true & correct under penalty of perjury. All rights reserved by Bonnie Allen-Straight
Bonnie Allen-Straight Beneficiary of BONNIE ALLEN THOMAS & BONNIE RUTH ALLEN, trust

[signature] 7/5/23
witness

J. Coleman 7/5/23
witness

page 4 of 4



℅ Bonnie Allen-Straight TDUT# 02446019 Hobby
742 Fm 7121 Marlin Texas 76661
AKA Bonnie Allen Thomas

NORTH TEXAS TX P&DC
DALLAS TX 750
6 JUL 2023 PM 8 L

District Court of the United States
1100 Commerce St. Suite 1452
Dallas Texas 75242

Legal / Lawful Mail  75242-131052