UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE RUTH ALLEN-STRAIGHT, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:23-CV-1087-B-BH |
| | ) | |
| STATE OF TEXAS, | ) | |
|     Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's *Writ of Coram Nobis*, received on June 13, 2023 (doc. 10), is **DISMISSED** for lack of jurisdiction.[1] Also for the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the filing is not construed as a § 2254 petition or a § 1983 action.

If the petitioner files a notice of appeal, she must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

---

[1] A certificate of appealability is not required to appeal the dismissal of a petition for writ of coram nobis. *See, e.g.*, *United States v. Few*, 372 F. App'x 564, 564 (5th Cir. 2010).

SIGNED this 26th day of July, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE