UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE RUTH ALLEN-STRAIGHT,      ) | | |
|     Petitioner,      ) | | |
|     ) | | |
| vs.      ) | No. 3:23-CV-1087-B-BH | |
|     ) | | |
| STATE OF TEXAS,      ) | | |
|     Respondent.      ) | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's *Notice of Objections and Notice of Neglect of duty Notice of Void recommendations & orders*, received on August 22, 2023 (doc. 19), and *Motion for Reconsideration*, received on August 29, 2023 (doc. 22), are liberally construed as motions to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) and **DENIED**.

SO ORDERED,  SIGNED this 25th day of September, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE